IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JOHN L. DOBBINS, JR.**                                                   **PLAINTIFF**

**V.**                **CASE NO. 4:16-CV-00826 JM-JTK**

**NANCY A. BERRYHILL, ACTING
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION**                                                     **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by Magistrate Judge Jerome Kearney. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff John L. Dobbins's Complaint (Docket entry #2) is DISMISSED with prejudice.

DATED this 29th day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE